**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **CAMILLE BELL,** ) | **8:14CV227** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| **DALE E. BROWN, KELLY RIPPEN,** ) | |
| **and MID-PLAINS COMMUNITY** ) | |
| **COLLEGE,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the Court on Plaintiff Camille Bell's "Motion to Entry Dismissing Complaint and Directing Further Proceedings" (Filing No. 7). This filing is a response to the Court's Memorandum and Order dated December 8, 2014, in which the court ordered Bell to file an amended complaint. Accordingly,

IT IS ORDERED: The Clerk's office is directed to terminate the motion event at Filing Number 7, and update the docket text to reflect that Filing Number 7 is Plaintiff's amended complaint.

DATED this 2nd day of January, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge