IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAMILLE BELL, | ) | 8:14CV227 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| DALE E. BROWN, KELLY RIPPEN, | ) | |
| and MID-PLAINS COMMUNITY | ) | |
| COLLEGE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. Plaintiff Camille Bell filed a Complaint (Filing No. 1) in this matter on August 4, 2014, against Mid-Plains Community College ("Mid-Plains"), Dale Brown, and Kelly Rippen. Bell alleged Brown, the director of financial aid at Mid-Plains, denied her request for "regular financial aid" and "provisional summer aid" because she was "flagged as a student for having gone to many colleges prior." Bell also alleged Rippen, the dean of enrollment at Mid-Plains, did not return her calls. As relief, Plaintiff sought $6,744.75 for, among other things, the cost of a course for which she did not receive financial aid. (*Id.* at CM/ECF p. 7.)

On December 8, 2014, the court conducted an initial review of Bell's Complaint. The court determined it appeared the court lacked subject-matter jurisdiction over Bell's action. (Filing No. 6.) On the court's own motion, the court gave Bell 30 days in which to file an amended complaint that set forth a short and plain statement of the grounds for the court's jurisdiction.

Bell filed an Amended Complaint (Filing No. 7) on December 31, 2014. Bell essentially reasserted the facts set forth in the original Complaint. She failed to allege any claims over which this court has subject-matter jurisdiction because there is no "federal

question" and the amount in controversy is plainly below $75,000. *See* 28 U.S.C. §§ 1331, 1332. For these reasons and for the reasons discussed in the court's Memorandum and Order dated December 8, 2014, this matter will be dismissed.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice; and

2. A separate judgment will be entered in accordance with this order.

DATED this 23rd day of February, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge